UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLUMIDE ADEFEMI,<br><br>        Plaintiff,<br><br>    v.<br><br>JANET DHILLON, Director, Pension Benefit Guaranty Corp.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 24-2214 (AHA) |

## JOINT STATUS REPORT

The parties respectfully submit the following status report.  The parties apologize for not submitting this status report by February 2, 2026 as ordered in the January 2, 2026 Minute Order.[1] The parties report the following:

1.      The parties have reached an agreement in principle that still needs to be memorialized in a settlement document and which remains subject to final approval within the United States Attorney's Office.  Defendant is in the process of preparing a draft settlement agreement for Plaintiff's review.  The parties are optimistic that the preparation of a settlement document and completion of the review process within the United States Attorney's Office will have occurred by the next status report.

2.      The parties respectfully propose to file a further Joint Status Report in approximately thirty days, no later than March 15, 2026, if a stipulation of dismissal has not been filed by that date.

---

[1]      Should the Court so direct, the parties will file a motion for leave to file this status report out-of time.

Dated: February 13, 2026          Respectfully submitted,
      Washington, DC

                                         JEANINE FERRIS PIRRO
                                         United States Attorney

*/s/ Richard A. Salzman*
Richard A. Salzman D.C. Bar #422497    By:    */s/ Xinyu Yang*
HELLER, HURON, CHERTKOF             Xinyu Yang, Texas Bar #24098643
& SALZMAN                             Assistant United States Attorney
1010 Wayne Ave., Suite 510          601 D Street, NW
Silver Spring, MD 20910             Washington, DC 20530
(202) 293-8090                       (202) 252-7225
                                       Xinyu.Yang@usdoj.gov

*Attorney for Plaintiff*

                                        *Attorneys for the United States of America*