UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OLUMIDE ADEFEMI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 24-2214 (AHA) |
| JANET DHILLON, Director, Pension Benefit Guaranty Corp., | ) ) ) | |
| Defendant. | ) ) ) | |

## **JOINT STATUS REPORT**

The parties respectfully submit the following status report pursuant to the Court's February 20, 2026 order. As reported in the last joint status report, the parties have reached an agreement in principle. Since then, the parties have agreed to the language for both a settlement agreement and a stipulation of dismissal. The parties are working on obtaining signatures for both documents. The parties respectfully propose to file a further Joint Status Report in approximately thirty days, no later than April 13, 2026, if a stipulation of dismissal has not been filed by that date.

Dated: March 13, 2026
   Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Richard A. Salzman*
Richard A. Salzman D.C. Bar #422497
HELLER, HURON, CHERTKOF
& SALZMAN
1010 Wayne Ave., Suite 510
Silver Spring, MD 20910
(202) 293-8090

By: */s/ Xinyu Yang*
Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7225

*Attorney for Plaintiff*

*Attorneys for the United States of America*

1